# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA
*Plaintiff*

v.

MOHAMAD SAGHA
*Defendant*

MAGISTRATE JUDGE: Leda Dunn Wettre

CASE NO. 26-13109

DATE OF PROCEEDINGS: June 8, 2026

DATE OF ARREST: ______

**PROCEEDINGS:** Initial Appearance

- [X] COMPLAINT
- [X] ADVISED OF RIGHTS
- [ ] COMMITMENT TO ANOTHER DISTRICT
- [X] APPT. OF COUNSEL: [X] AFPD [ ] CJA
- [X] PRELIMINARY HEARING WAIVED ON THE RECORD
- [ ] CONSENT TO VIDEO VIA ZOOM
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] IDENTITY HEARING WAIVED ON THE RECORD
- [ ] RULE 11 FORM
- [X] FINANCIAL AFFIDAVIT EXECUTED
- [ ] OTHER: ______

- [X] ORDER OF DETENTION
- [X] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET: ______
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [X] BRADY ORDER ON THE RECORD
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG. DATE: ______
- [ ] DETENTION/BAIL HRG. DATE: ______
- [ ] TRIAL: [ ] COURT [ ] JURY DATE: ______
- [ ] SENTENCING DATE: ______
- [ ] OTHER: ______ DATE: ______

**APPEARANCES:**

AUSA: Sammi Malek

DEFT. COUNSEL: Linda Foster

PROBATION: ______

INTERPRETER ______
Language:

TIME COMMENCED: 3:40 pm.
TIME TERMINATED: 3:47 pm
CD NO: ECR

Lorraine McNerney
DEPUTY CLERK