UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICAN<br><br>v.<br><br>MOHAMED SAGHA | Hon. Leda D. Wettre, U.S.M.J.<br><br>Mag. No. 25-13109 |

1.      This matter came before the Court on the application of the ROBERT FRAZER, United States Attorney for the District of New Jersey (Sammi Malek, Assistant U.S. Attorney, appearing), and defendant Mohamed Sagha (Linda Foster, Esq. and Areeb Salim, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through October 6, 2026.

2.      This Court has granted one § 3161(h)(7)(A) continuance previously in this case.

3.      Counsel for the parties represented that this continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

4.      Counsel for the United States also represented that this continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5.      The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6.      The defendant, through counsel, has consented to this continuance.

7.      FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

a.      The charges in this case result from a lengthy investigation, and the pre-indictment discovery the United States intends to voluntarily provide to the defendant involves, among other things, numerous documents and recordings (many in Arabic) that must be translated and/or declassified prior to production, and defense counsel will require adequate time to review the same.

b.      Despite the exercise of diligence, therefore, the circumstances of this case require giving defense counsel a reasonable amount of additional time for effective preparation. This case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings within the time limits provided by the Speedy Trial Act.

c.      Both the United States and the defendant desire additional time to negotiate a plea agreement, which would render grand jury proceedings and a trial in this matter unnecessary.

d.      Thus, the ends of justice served by granting the continuance and preventing any further non-excludable days from passing under § 3161(h) outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued from the date of this Order through October 6, 2026; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

_____
Hon. Leda D. Wettre
United States Magistrate Judge

Dated: August 5 , 2026

Form and entry consented to:

_____
Sammi Malek
Assistant U.S. Attorney

_____
Linda Foster
Areeb Salim
Counsel for Mohamed Sagha


_/s/ Ian Brater_____
Ian Brater
Chief, National Security Unit